UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Holly S. Miller, Esquire
Gellert Scali Busenkell & Brown, LLC
1628 John F. Kennedy Blvd, Suite 1900
Philadelphia, PA 19103
Telephone: (215) 238-0012
hsmiller@gsbblaw.com
Attorneys for Regency Accounts, LLC

In Re:
Lori Kim Andrews Jones,
aka Lori-Kim Andrews
aka Lori-Kim Victa

Debtor(s).

Case No: 21-16020 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Regency Accounts, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Gellert Scali Busenkell & Brown, LLC
Holly S. Miller, Esq.
1628 John F. Kennedy Blvd., Suite 1900
Philadelphia, PA 19103

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: October 4, 2021

*/s/ Holly S. Miller*

Holly S. Miller, Esq.
Gellert Scali Busenkell & Brown, LLC
1628 John F. Kennedy Blvd., Suite 1900
Philadelphia, PA 19103
Telephone: (215) 238-0012
Email: hsmiller@gsbblaw.com

*Attorneys for Regency Accounts, LLC*