UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Inez M. Markovich, Esq.
**MCCARTER & ENGLISH LLP**
1600 Market Street, Suite 3900
Philadelphia, PA 19103
Telephone (215) 979-3854
Facsimile (215) 988-4319
Email: imarkoviich@mccarter.com

*Counsel for National Financial Solutions, LLC*

In re:

LORI KIM ANDREWS JONES
A/K/A LORI-KIM ANDREWS,
A/K/A LORI-KIM VICTA,

        Debtor.

Chapter 13

Case No. 21-16020 (ABA)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Inez M. Markovich of McCarter & English, LLP hereby enters her appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for National Financial Solutions, LLC ("National Financial"). Request is made that the documents filed in this case and identified below be given and served upon the following person(s) at the address, telephone, facsimile number and e-mail address indicated below:

        Inez M. Markovich, Esq.
        McCarter & English LLP
        1600 Market Street, Suite 3900
        Philadelphia, PA 19103
        Telephone (215) 979-3854
        Facsimile (215) 988-4319
        Email: imarkoviich@mccarter.com

ME1 37387484v.1

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive National Financial's (i) rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) rights to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Petitions are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 5, 2021

Respectfully Submitted,

*/s/ Inez M. Markovich*
Inez M. Markovich, Esq.
**MCCARTER & ENGLISH LLP**
1600 Market Street, Suite 3900
Philadelphia, PA 19103
Telephone (215) 979-3854
Facsimile (215) 988-4319
Email: imarkoviich@mccarter.com

*Counsel for National Financial Solutions, LLC*

ME1 37387484v.1