UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gregory A. Lomax, Esquire
Lauletta Birnbaum, LLC
591 Mantua Blvd., Suite 200
Sewell, NJ 08080
Telephone: 856-232-1600
glomax@lauletta.com
Attorneys for Lauletta Birnbaum, LLC

In Re:
Lori Kim Andrews Jones a/k/a Lori-Kim Andrews a/k/a Lori-Kim Victa

Debtor(s)

Case No.: 21-16020-ABA
Chapter: 13
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Lauletta Birnbaum, LLC . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 591 Mantua Blvd., Suite 200
Sewell, NJ 08080

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 10/7/2021

/s/ Gregory A. Lomax
Signature

*new.8/1/15*