UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Attorneys for Secured Creditor

10700 Abbott's Bridge Rd., Suite 170

Duluth, GA 30097

Telephone No.: 973-575-0707 (local)

Telephone No.: 561-241-6901 (main)

Sindi Mncina (237862017)

Order Filed on February 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Lori Kim Andrews Jones**,
*aka* **Lori-Kim Andrews**,
*aka* **Lori-Kim Victa**,

    **Debtor.**

Case No.:     21-16020

Chapter:      13

Hearing Date: 02/01/2022

Judge:        Andrew B. Altenburg Jr.

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY and CO-DEBTOR STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: February 1, 2022**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page **2**
Debtors: **Lori Kim Andrews Jones**
Case No.: **21-16020**
Caption of Order: **Order Vacating Stay and Co-Debtor Stay**

---

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) and 11 U.S.C. § 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Personal property more fully described as:

2017 Land Rover Discovery, SALRRBBV6HA038848

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.