UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., successor trustee to LaSalle Bank
National Association, et al.

In Re:

Lori Kim Andrews Jones,

Debtor.

Case No.:        21-16020-ABA

Chapter:               13

Hearing Date:      3/15/2022

Judge:              Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 48 Whyte Drive (Docket # 39)

_____

Date: 3/10/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*