UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew B. Finberg, Esq.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

Order Filed on March 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LORI KIM ANDREWS JONES
Debtor

Case No.: 21-16020

Chapter: 13

Judge: ABA

# ORDER AUTHORIZING RETENTION OF

## LYDIA LEWIS

The relief set forth on the following page is **ORDERED**.

**DATED: March 30, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____LYDIA LEWIS_____

as _____REALTOR_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Berkshire Hathaway Fox Roach
   9218 Ventnor Ave
   Margate, NJ 08402

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*