| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREW B. FINBERG, ESQ.<br>Law Office of Andrew B. Finberg, LLC<br>525 Route 73 South, Ste. 200<br>Marlton, NJ 08053<br>(856)988-9055<br>Attorney for Debtors | Order Filed on April 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>LORI KIM ANDREWS JONES | Case No.: 21-16020<br><br>Confirmation Hearing Date: 3/23/2022 at 9:00 am<br><br>Judge: Andrew B. Altenburg, Jr. |

### CONSENT ORDER RESOLVING REGENCY ACCOUNTS, LLC OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: April 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2 of 3**
**Debtor(s): LORI KIM ANDREWS JONES**
**Case No: 21-16020/ABA**
**Caption of Order:**  Consent Order Resolving Regency Accounts, LLC Objection to confirmation

---

**WHEREAS,** the Debtor filed a Chapter 13 Plan (the "Plan") on July 27, 2021;

**WHEREAS,** on October 6, 2021, Regency Accounts, LLC filed an Objection to confirmation of the Plan;

**WHEREAS,** the Debtor filed a modified plan (the "Modified Plan") for confirmation on January 25, 2022;

**WHEREAS,** the parties have resolved their differences and come to a mutually acceptable resolution of the matter;

**IT IS HEREBY ORDERED** as follows:

1. The Debtor and Regency Accounts, LLC agree to resolve all claims as stipulated in the pending Settlement Agreement and Release dated March 23, 2022 (the "Settlement Agreement");

2. Regency Accounts, LLC retains a $250,000.00 non-dischargeable claim against the Debtor, to be satisfied pursuant to the terms of the Settlement Agreement;

3. All funds due and owing to Regency Accounts, LLC pursuant to the Settlement Agreement shall be paid outside of the Modified Plan and wired directly to the Regency Accounts, LLC per the terms of the Settlement Agreement.

4. Regency Accounts, LLC may file a certification of default with the Bankruptcy Court if funds are not received in accordance with the Settlement Agreement.

I hereby consent to form and entry of this Order.

| | |
|---|---|
| Andrew B. Finberg, Esquire<br>Attorney for the Debtor | Holly S. Miller, Esquire<br>Attorneys for the Regency Accounts, LLC |
| /s/ ANDREW B. FINBERG<br>By: ANDREW B. FINBERG, Esquire | _____<br>By: Holly S. Miller, Esq. |
| Dated: March 21, 2022 | Dated: March 21, 2022 |