| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ANDREW B. FINBERG, ESQ.**<br>**Law Office of Andrew B. Finberg, LLC**<br>525 Route 73 South, Ste. 200<br>Marlton, NJ 08053<br>(856)988-9055<br>**Attorney for Debtors** | Order Filed on April 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LORI KIM ANDREWS JONES | Case No.: 21-16020<br><br>Confirmation Hearing Date:  3/23/2022 at 9:00 am<br><br>Judge: Andrew B. Altenburg, Jr. |

**CONSENT ORDER RESOLVING REGENCY ACCOUNTS, LLC OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**.

**DATED: April 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
**Debtor(s): LORI KIM ANDREWS JONES**
Case No: 21-16020/ABA
**Caption of Order:** Consent Order Resolving Regency Accounts, LLC Objection to confirmation

**WHEREAS,** the Debtor filed a Chapter 13 Plan (the "Plan") on July 27, 2021;

**WHEREAS,** on October 6, 2021, Regency Accounts, LLC filed an Objection to confirmation of the Plan;

**WHEREAS,** the Debtor filed a modified plan (the "Modified Plan") for confirmation on January 25, 2022;

**WHEREAS,** the parties have resolved their differences and come to a mutually acceptable resolution of the matter;

**IT IS HEREBY ORDERED** as follows:

1. The Debtor and Regency Accounts, LLC agree to resolve all claims as stipulated in the pending Settlement Agreement and Release dated March 23, 2022 (the "Settlement Agreement");

2. Regency Accounts, LLC retains a $250,000.00 non-dischargeable claim against the Debtor, to be satisfied pursuant to the terms of the Settlement Agreement;

3. All funds due and owing to Regency Accounts, LLC pursuant to the Settlement Agreement shall be paid outside of the Modified Plan and wired directly to the Regency Accounts, LLC per the terms of the Settlement Agreement.

4. Regency Accounts, LLC may file a certification of default with the Bankruptcy Court if funds are not received in accordance with the Settlement Agreement.

I hereby consent to form and entry of this Order.

| | |
|---|---|
| Andrew B. Finberg, Esquire<br>Attorney for the Debtor | Holly S. Miller, Esquire<br>Attorneys for the Regency Accounts, LLC |
| /s/ ANDREW B. FINBERG<br>By: ANDREW B. FINBERG, Esquire | By: Holly S. Miller, Esq. |
| Dated: March 21, 2022 | Dated: March 21, 2022 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16020-ABA |
| Lori Kim Andrews Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lori Kim Andrews Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Lori Kim Andrews Jones andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE7, Asset-Backed Certificates Series 2007-HE7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory Lomax | on behalf of Creditor Lauletta Birnbaum  LLC glomax@lauletta.com, vmarr@lauletta.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Holly Smith Miller | on behalf of Creditor Regency Accounts  LLC hsmiller@gsbblaw.com |

District/off: 0312-1      User: admin      Page 2 of 2

Date Rcvd: Apr 11, 2022      Form ID: pdf903      Total Noticed: 1

Holly Smith Miller
    on behalf of Plaintiff Regency Accounts LLC hsmiller@gsbblaw.com

Inez M. Markovich
    on behalf of Creditor National Financial Solutions LLC imarkovich@mccarter.com, rstratz@andersonkill.com

Isabel C. Balboa
    ibalboa@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11