Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16020−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Kim Andrews Jones
   aka Lori−Kim Andrews, aka Lori−Kim
   Victa
   48 Whyte Drive
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−6416

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 28, 2022.

Dated: April 28, 2022
JAN: har

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lori Kim Andrews Jones  
    Debtor

Case No. 21-16020-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 28, 2022      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Kim Andrews Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| r | + | Lydia Lewis, Berkshire Hathaway Fox Roach, 9218 Ventnor Ave, Margate, NJ 08402-2448 |
| 519270677 | + | Bradley's Funeral Home, 601 Route 73, Marlton, NJ 08053-9660 |
| 519270678 | | Center for Family Guidance, 765 New Jersey 70, Marlton, NJ 08053 |
| 519270682 | + | Financial Recoveries, 200 E Park Dr., Ste. 100, Mount Laurel, NJ 08054-1297 |
| 519287722 | + | Ford Motor Credit Company, LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519322804 | + | Gellert Scali Busenkell & Brown, LLC, Holly S. Miller, Esq., 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519323615 | + | Inez M. Markovich, Esq., McCarter & English LLP, 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270683 | + | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| 519323181 | + | John C. Eastlack, III, Esq., Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270687 | + | LVNV Funding, c/o Redurgent Capital, PO Box 129, Greenville, SC 29602 |
| 519270686 | + | Lauletta Birnbaum, attn: John C. Eastlack, III, Esquire, 591 Mantua Blvd, Suite 200, Sewell, NJ 08080-1032 |
| 519323182 | + | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270688 | | National Financial Solutions, 491 Old York Road, #200, Jenkintown, PA 19046 |
| 519323092 | + | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270689 | + | Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519322575 | + | Regency Accounts, LLC, Holly S. Miller, Esq., Gellert Scali Busenkell & Brown, LLC, 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519270691 | + | Select Portfolio Servicing, 10401 Deerwood Park BV, Jacksonville, FL 32256-5007 |
| 519270693 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519491606 | + | State of New Jersey, Division of Taxation, PO BOX 245, Trenton, NJ 08695-0245 |
| 519492555 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 519283646 | | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519491607 | + | Underwood & Micklin, 1236 Brace Road, Cherry Hill, NJ 08034-3229 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519270674 | + | Email/Text: EBNProcessing@afni.com | Apr 28 2022 20:40:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 519270675 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 28 2022 20:40:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519276916 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 20:43:02 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519270676 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 28 2022 20:43:17 | BMW Financial Services, P.O. Box 3608, Dublin, OH 43016 |
| 519280981 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | | |

Case 21-16020-ABA   Doc 54   Filed 04/30/22   Entered 05/01/22 00:16:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: plncf13 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 28 2022 20:43:17 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 519291951 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2022 20:40:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519303440 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 20:53:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519270680 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2022 20:40:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 519270681 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2022 20:43:25 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519492554 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 20:40:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 519270679 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 20:43:23 | Chase Auto Finance, 700 Kansas Lane, Mail Code LA4 6945, Monroe, LA 71203 |
| 519270685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 20:43:06 | JPMCB Auto Finance, 700 Kansas, Mail Code LA4 6945, Monroe, LA 71203 |
| 519321923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 20:43:13 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519276628 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 20:53:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519282389 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 20:43:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519280452 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 28 2022 20:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519270690 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 28 2022 20:41:00 | Santander, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 519270691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 20:41:00 | Select Portfolio Servicing, 10401 Deerwood Park BV, Jacksonville, FL 32256-5007 |
| 519270692 | + | Email/Text: jboehler@shorememorial.org | Apr 28 2022 20:41:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519270694 | + | Email/Text: bankruptcy@sw-credit.com | Apr 28 2022 20:40:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 519283646 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 28 2022 20:41:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell |
| cr | *+ | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market St., Suite 3900, Philadelphia, PA 19103-7242 |
| 519491605 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, P 19101-7346 |
| 519270684 | *+ | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 21-16020-ABA    Doc 54    Filed 04/30/22    Entered 05/01/22 00:16:24    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: plncf13 | Total Noticed: 44 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Lori Kim Andrews Jones andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE7, Asset-Backed Certificates Series 2007-HE7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory Lomax | on behalf of Creditor Lauletta Birnbaum  LLC glomax@lauletta.com, vmarr@lauletta.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Holly Smith Miller | on behalf of Plaintiff Regency Accounts  LLC hsmiller@gsbblaw.com |
| Holly Smith Miller | on behalf of Creditor Regency Accounts  LLC hsmiller@gsbblaw.com |
| Inez M. Markovich | on behalf of Creditor National Financial Solutions  LLC imarkovich@mccarter.com, rstratz@andersonkill.com |
| Isabel C. Balboa | ibalboa@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11