UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 21-16020 |
| LORI KIM ANDREWS JONES | Chapter: 13 |
| | Judge: ABA |

## NOTICE OF PROPOSED PRIVATE SALE

__Lori Kim Andrews Jones__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __August 9, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, Camden, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  308 N Clarendon Ave, Margate City, New Jersey

Proposed Purchaser:  Glenn and Faye Kelman

Sale price:  $789,800.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Lydia Lewis
Amount to be paid:  6% sales commission
Services rendered:  Real estate listing agent

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew B. Finberg, Esq.

Address: 525 Route 73 South, Suite 200, Marlton, NJ 08053

Telephone No.: (856) 988-9055

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16020-ABA |
| Lori Kim Andrews Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 08, 2022 | Form ID: pdf905 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Kim Andrews Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| r | + | Lydia Lewis, Berkshire Hathaway Fox Roach, 9218 Ventnor Ave, Margate, NJ 08402-2448 |
| 519270677 | + | Bradley's Funeral Home, 601 Route 73, Marlton, NJ 08053-9660 |
| 519270678 | | Center for Family Guidance, 765 New Jersey 70, Marlton, NJ 08053 |
| 519287722 | + | Ford Motor Credit Company, LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519322804 | + | Gellert Scali Busenkell & Brown, LLC, Holly S. Miller, Esq., 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519323615 | + | Inez M. Markovich, Esq., McCarter & English LLP, 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270683 | + | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| 519323181 | + | John C. Eastlack, III, Esq., Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270687 | + | LVNV Funding, c/o Redurgent Capital, PO Box 129, Greenville, SC 29602 |
| 519270686 | + | Lauletta Birnbaum, attn: John C. Eastlack, III, Esquire, 591 Mantua Blvd, Suite 200, Sewell, NJ 08080-1032 |
| 519323182 | + | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270688 | | National Financial Solutions, 491 Old York Road, #200, Jenkintown, PA 19046 |
| 519323092 | + | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270689 | + | Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519322575 | + | Regency Accounts, LLC, Holly S. Miller, Esq., Gellert Scali Busenkell & Brown, LLC, 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519270690 | + | Santander, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 519270693 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519491606 | + | State of New Jersey, Division of Taxation, PO BOX 245, Trenton, NJ 08695-0245 |
| 519492555 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 519491607 | + | Underwood & Micklin, 1236 Brace Road, Cherry Hill, NJ 08034-3229 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519270674 | + | Email/Text: EBNProcessing@afni.com | Jul 08 2022 20:35:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 519270675 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 08 2022 20:35:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519276916 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2022 20:43:14 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519270676 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 08 2022 20:43:14 | BMW Financial Services, P.O. Box 3608, Dublin, OH 43016 |
| 519280981 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | | |

Case 21-16020-ABA    Doc 60    Filed 07/10/22    Entered 07/11/22 00:16:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: pdf905 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 08 2022 20:43:15 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 519291951 | + | Email/Text: documentfiling@lciinc.com | Jul 08 2022 20:34:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519303440 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 08 2022 20:42:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519270680 | + | Email/Text: documentfiling@lciinc.com | Jul 08 2022 20:34:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 519270681 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2022 20:43:15 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519270682 | ^ | MEBN | Jul 08 2022 20:33:17 | Financial Recoveries, 200 E Park Dr., Ste. 100, Mount Laurel, NJ 08054-1297 |
| 519492554 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2022 20:35:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 519270679 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 08 2022 20:43:12 | Chase Auto Finance, 700 Kansas Lane, Mail Code LA4 6945, Monroe, LA 71203 |
| 519270685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 08 2022 20:43:12 | JPMCB Auto Finance, 700 Kansas, Mail Code LA4 6945, Monroe, LA 71203 |
| 519321923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 08 2022 20:42:36 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519276628 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2022 20:42:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519282389 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2022 20:43:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519280452 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2022 20:35:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519270691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 08 2022 20:36:00 | Select Portfolio Servicing, 10401 Deerwood Park BV, Jacksonville, FL 32256-5007 |
| 519270692 | + | Email/Text: jboehler@shorememorial.org | Jul 08 2022 20:36:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519270694 | + | Email/Text: bankruptcy@sw-credit.com | Jul 08 2022 20:35:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 519283646 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 08 2022 20:36:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell |
| cr | *+ | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market St., Suite 3900, Philadelphia, PA 19103-7242 |
| 519491605 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, P 19101-7346 |
| 519270684 | *+ | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Lori Kim Andrews Jones andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE7, Asset-Backed Certificates Series 2007-HE7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory Lomax | on behalf of Creditor Lauletta Birnbaum  LLC glomax@lauletta.com, vmarr@lauletta.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Holly Smith Miller | on behalf of Plaintiff Regency Accounts  LLC hsmiller@gsbblaw.com |
| Holly Smith Miller | on behalf of Creditor Regency Accounts  LLC hsmiller@gsbblaw.com |
| Inez M. Markovich | on behalf of Creditor National Financial Solutions  LLC imarkovich@mccarter.com, rstratz@andersonkill.com |
| Isabel C. Balboa | ibalboa@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11