# National Financial Solutions, LLC
## *491 Old York Road-*
## *Suite#200*
## *Jenkintown, Pa. 19046*

..................................................................

July 28, 2022

Mr. James Trent Jones
Ms. Lori-Kim Andrews
48 Whyte Dr.
Voorhees, NJ 08403

RE: Payoff of James Trent Jones & Lori-Kim Andrews- Promissory Note in the
Original Principal Amount of $150,000.00 dated August 29, 2014

Dear Mr. Jones & Ms. Andrews:

In accordance with your request, below you will please find the payoff amounts for your
referenced loan (the "Loan") from National Financial Solutions, LLC ("NFS"). For the
avoidance of any doubt, as used herein the "Payoff Amount" means $149,919.91. The
above-referenced promissory note and all other instruments evidencing and/or securing the
Note and/or the repayment of the Loan are referred to, collectively, as the "Loan
Documents".

Principal= $67,754.90

Interest from August 29, 2014 through June 26, 2018 on the original loan amount of
$150,000=$57,410.95 (1,397 days @10%)

Interest from Jan 10, 2022 through August 9, 2022 = $3,916.16 for 211 days @10%- ($18.56
per Diem) on the principal balance of $67,754.90.

Late Payments= $13,600 (August 2014 until June 2018=$12,100 & July 2018 until August
2022=$1,500

Legal Fees: $7,237.60 as of July 20,2022 (Lender reserves its right to charge for any ongoing
legal fees)

Total payoff amount= $149,919.91 as of August 9, 2022

Per Diem= $ 18.56 (solely based on the outstanding principal balance of $67,754.90)

*Please acknolwedge your receipt of and agreement with this payoff letter by*
*signing below and return the signed letter to my attention. In the event that*
*you fail to execute and return this letter to NFS on or before on or before 5:00*
*p.m. on Friday, July 29, 2022, this letter, and NFS's agreements and*

MEI 41703597v.1

*commitments set forth herein, shall terminate automatically and without any further notice to you. Furthermore, NFS's agreement to limit its interest, late fees, legal fees and costs, and other charges included in the Payoff Amount is expressly conditioned upon NF's receipt of the Payoff Amount on or before the close of business on August 31, 2022, and NFS hereby reserves and preserves its right to charge all interest, late fees, legal fees and other amounts in accordance with the Loan Documents.*

In the event that payment in full is not received by August 31, 2022, you will need to contact Lender to determine if the above payoff figure has changed.

For and in consideration of NF's agreements contained herein, the Borrowers, in their respective personal capacity and on behalf of their respective present, past and/or futur, heirs, beneficiaries, executors, administrators, succesors and assigns hereby agree to indemnify and hold NFS and its officers, directors, shareholders, members, managers, affiliates, employees, agents, attorneys, successors and assigns (collectively, the "Released and Indemnified Parties") harmless from any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind whatsoever which may at any time be imposed on, incurred by or asserted against the Released and Indemnified Parties in any way relating to or arising out of the Loan, and/or any sale or other disposition of any assets of the Borrower, to the extent that the proceeds of such sale or disposition are utilized to pay the Payoff Amount to NFS and/or the documents evidencing or securing the Loan.

The Borrowers, in their respective individual capacity and on behalf of their respective present, past, and/or future heirs, beneficiaries, executors, administrators, succesors and assigns hereby fully, finally and forever acquit, quitclaim, release and discharge the Released and Indemnified Parties of and from any and all obligations, claims, liabilities, damages, demands, debts, liens, deficiencies or cause or causes of action to, of or for the benefit (whether directly or indirectly) of the Borrowers at law or in equity, known or unknown, contingent or otherwise, whether asserted or unasserted, whether now known or hereafter discovered, whether statutory, in contract or in tort, as well as any other kind or character of action now held, owned or possessed (whether directly or indirectly) by the Borrowers on account of, arising out of, related to or concerning, whether directly or indirectly, proximately or remotely: (i) the negotiation, review, preparation or documentation of any and all agreements, instruments, contracts and/or documents evidencing any or all of the credit facilities referred to in the Loan Documents, as the same have been amended, revised, substituted or replaced; (ii) the enforcement, protection or preservation of NFS's rights and remedies under the Loan Documents; (iii) the validity, perfection or enforceability of the Loan Documents; and/or (iv) any action or inaction by NFS in connection with any of the Loan Documents.

Sincerely,

Scott G. Homel

Member

INTENDING TO BE LEGALLY BOUND, THE FOREGOING

AGREEMENTS ARE ACKNOWLEDGED AND AGREED TO IN FORM

AND SUBSTANCE:

WITNESS:

By:_____
Name:                                                              James Trent Jones, Individually

WITNESS:

By:_____
Name:                                                              Lori-Kim Andrews a/k/a Lori-
                                                                       Kim Jones, Individually

Dated: July __, 2022