| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Andrew B. Finberg, Esq<br>Law Offices of Andrew B. Finberg, LLC<br>525 Route 73 South, Suite 200<br>Marlton, New Jersey 08053<br>(856) 988-9055<br>Attorney for the Debtor<br><br>In Re:<br><br>LORI KIM ANDREWS JONES | Case No.: 21-16020<br><br>Adv. No.: _____<br><br>Chapter: 13<br><br>Hearing Date: 8/9/2022<br><br>Judge: ABA |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Andrew Finberg_____,

   ☒ am the attorney for: _____Debtor_____

   ☐ am self-represented

   Phone number: _____856-988-9055_____

   Email address: _____andy@sjbankruptcylaw.com_____

2. I request an adjournment of the following hearing:

   Matter: _____Motion to Sell_____

   Current hearing date and time: _____8/9/2022 10am_____

   New date requested: _____8/23/2022_____

   Reason for adjournment request: _____Working to resolve objection_____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/8/2022                               /s/ Andrew B. Finberg
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 8/23/22 @ 10 am           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2