Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  21−16020−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Kim Andrews Jones
   aka Lori−Kim Andrews, aka Lori−Kim
   Victa
   48 Whyte Drive
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−6416

Employer's Tax I.D. No.:

### NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                August 30, 2022
Time:               10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* − in Opposition to (related document:61 Creditor's Certification of Default (related document:29 Consent Order filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by Harold N. Kaplan on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 08/9/2022. (Attachments: # 1 Exhibits # 2 Proposed Order # 3 Certificate of Service) filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by Andrew B. Finberg on behalf of Lori Kim Andrews Jones. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.

Dated: August 8, 2022
JAN: kaj

                                                              Jeanne Naughton
                                                             Clerk