UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Sindi Mncina (237862017)

In Re:

**Lori Kim Andrews Jones,**
*aka* **Lori-Kim Andrews,**
*aka* **Lori-Kim Victa,**
　　　**Debtor.**

Case No.:    21-16020-ABA

Chapter:    13

Hearing Date:  September 27, 2022

Judge:    Andrew B. Altenburg Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Creditor's Certification of Default, filed on July 26, 2022 (Docket No. 61)

Date: September 30, 2022            /s/ Sindi Mncina
　　　　　　　　　　　　　　　　　　　Signature

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Sindi Mncina (237862017) | |
| In Re:<br><br>**Lori Kim Andrews Jones,**<br>*aka* **Lori-Kim Andrews,**<br>*aka* **Lori-Kim Victa,**<br><br>   **Debtor.** | Case No.:    21-16020-ABA<br><br>Chapter:    13<br><br>Hearing Date:  September 27, 2022<br><br>Judge:     Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, Sindi Mncina, represent JPMorgan Chase Bank, N.A. in this matter..

2. On September 30, 2022 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Withdrawal.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: September 30, 2022

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

By: /s/ Sindi Mncina
Sindi Mncina
Bar ID: 237862017
Email: smncina@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lori Kim Andrews Jones<br>48 Whyte Drive<br>Voorhees, NJ 08043 | Debtor | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| James T Jones<br>48 Whyte Drive<br>Voorhees, NJ 08043 | Co-Debtor | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Andrew B. Finberg<br>Law Offices of Andrew B. Finberg, LLC<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 | Debtor's Attorney | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Office of Chapter 13 Standing Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |