Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16020−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Kim Andrews Jones
   aka Lori−Kim Andrews, aka Lori−Kim
   Victa
   48 Whyte Drive
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−6416

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    11/10/22
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew B. Finberg, Debtor's Attorney, period: 4/25/2022 to 9/30/2022.

COMMISSION OR FEES
fee: $25,000.00

EXPENSES
expenses: $0.00.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 5, 2022
JAN:

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16020-ABA |
| Lori Kim Andrews Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 05, 2022 | Form ID: 137 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Kim Andrews Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| r | + | Lydia Lewis, Berkshire Hathaway Fox Roach, 9218 Ventnor Ave, Margate, NJ 08402-2448 |
| 519270677 | + | Bradley's Funeral Home, 601 Route 73, Marlton, NJ 08053-9660 |
| 519270678 | | Center for Family Guidance, 765 New Jersey 70, Marlton, NJ 08053 |
| 519287722 | + | Ford Motor Credit Company, LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519322804 | + | Gellert Scali Busenkell & Brown, LLC, Holly S. Miller, Esq., 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519323615 | + | Inez M. Markovich, Esq., McCarter & English LLP, 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270683 | + | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| 519323181 | + | John C. Eastlack, III, Esq., Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270687 | + | LVNV Funding, c/o Redurgent Capital, PO Box 129, Greenville, SC 29602 |
| 519270686 | + | Lauletta Birnbaum, attn: John C. Eastlack, III, Esquire, 591 Mantua Blvd, Suite 200, Sewell, NJ 08080-1032 |
| 519323182 | + | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270688 | | National Financial Solutions, 491 Old York Road, #200, Jenkintown, PA 19046 |
| 519323092 | + | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270689 | + | Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519322575 | + | Regency Accounts, LLC, Holly S. Miller, Esq., Gellert Scali Busenkell & Brown, LLC, 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519270690 | + | Santander, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 519270693 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519492555 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 519491606 | + | State of New Jersey, Division of Taxation, PO BOX 245, Trenton, NJ 08695-0245 |
| 519491607 | + | Underwood & Micklin, 1236 Brace Road, Cherry Hill, NJ 08034-3229 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 20:37:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 519270674 | + | Email/Text: EBNProcessing@afni.com | Oct 05 2022 20:37:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 519270675 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 05 2022 20:36:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519276916 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 05 2022 20:41:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519270676 | | Email/PDF: acg.bmw.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519280981 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 05 2022 20:40:21 | BMW Financial Services, P.O. Box 3608, Dublin, OH 43016 |
| 519291951 | + | Email/Text: documentfiling@lciinc.com | Oct 05 2022 20:40:49 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 519303440 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 05 2022 20:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519270680 | + | Email/Text: documentfiling@lciinc.com | Oct 05 2022 20:40:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519270681 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2022 20:36:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 519270682 | ^ | MEBN | Oct 05 2022 20:40:16 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519492554 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2022 20:33:36 | Financial Recoveries, 200 E Park Dr., Ste. 100, Mount Laurel, NJ 08054-1297 |
| 519270679 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 20:36:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 519270685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 20:40:47 | Chase Auto Finance, 700 Kansas Lane, Mail Code LA4 6945, Monroe, LA 71203 |
| 519321923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 20:40:47 | JPMCB Auto Finance, 700 Kansas, Mail Code LA4 6945, Monroe, LA 71203 |
| 519276628 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 20:40:12 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519282389 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2022 20:40:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519280452 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 20:40:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519270691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 05 2022 20:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519270692 | + | Email/Text: jboehler@shorememorial.org | Oct 05 2022 20:37:00 | Select Portfolio Servicing, 10401 Deerwood Park BV, Jacksonville, FL 32256-5007 |
| 519270694 | + | Email/Text: bankruptcy@sw-credit.com | Oct 05 2022 20:37:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519283646 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 05 2022 20:36:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| | | | Oct 05 2022 20:37:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell |
| cr | *+ | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market St., Suite 3900, Philadelphia, PA 19103-7242 |
| 519491605 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, P 19101-7346 |
| 519658707 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519270684 | *+ | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Lori Kim Andrews Jones andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE7, Asset-Backed Certificates Series 2007-HE7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory Lomax | on behalf of Creditor Lauletta Birnbaum LLC glomax@lauletta.com, vmarr@lauletta.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| Holly Smith Miller | on behalf of Plaintiff Regency Accounts LLC hsmiller@gsbblaw.com |
| Holly Smith Miller | on behalf of Creditor Regency Accounts LLC hsmiller@gsbblaw.com |
| Inez M. Markovich | on behalf of Creditor National Financial Solutions LLC imarkovich@mccarter.com, rstratz@andersonkill.com |
| Isabel C. Balboa | ibalboa@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 13