Form ntcfncurv − testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 21−16020−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Kim Andrews Jones
   aka Lori−Kim Andrews, aka Lori−Kim
   Victa
   48 Whyte Drive
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−6416

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Lori Kim Andrews Jones</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.


Dated: November 28, 2022
JAN: def

                                                  <u>Jeanne Naughton, Clerk</u>