Certificate Number: 14912-NJ-DE-037092752

Bankruptcy Case Number: 21-16020



14912-NJ-DE-037092752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 9, 2023</u>, at <u>11:34</u> o'clock <u>AM EST</u>, <u>Lori Kim Andrews Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 9, 2023</u>              By:      <u>/s/Jai Bhatt</u>

                                                                      Name:   <u>Jai Bhatt</u>

                                                                      Title:    <u>Counselor</u>