**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lori Kim Andrews Jones<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6416<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–16020–ABA | |

# Order of Discharge                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Lori Kim Andrews Jones
> aka Lori–Kim Andrews, aka Lori–Kim Victa

<u>1/10/23</u>                                                                           **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 21-16020-ABA
Lori Kim Andrews Jones   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 3
Date Rcvd: Jan 10, 2023   Form ID: 3180W   Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Kim Andrews Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| r | + | Lydia Lewis, Berkshire Hathaway Fox Roach, 9218 Ventnor Ave, Margate, NJ 08402-2448 |
| 519270677 | + | Bradley's Funeral Home, 601 Route 73, Marlton, NJ 08053-9660 |
| 519270678 | | Center for Family Guidance, 765 New Jersey 70, Marlton, NJ 08053 |
| 519287722 | + | Ford Motor Credit Company, LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519322804 | + | Gellert Scali Busenkell & Brown, LLC, Holly S. Miller, Esq., 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519323615 | + | Inez M. Markovich, Esq., McCarter & English LLP, 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270683 | + | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |
| 519323181 | + | John C. Eastlack, III, Esq., Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270687 | + | LVNV Funding, c/o Redurgent Capital, PO Box 129, Greenville, SC 29602 |
| 519270686 | + | Lauletta Birnbaum, attn: John C. Eastlack, III, Esquire, 591 Mantua Blvd, Suite 200, Sewell, NJ 08080-1032 |
| 519323182 | + | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell, NJ 08080-1032 |
| 519270688 | | National Financial Solutions, 491 Old York Road, #200, Jenkintown, PA 19046 |
| 519323092 | + | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market Street, Suite 3900, Philadelphia, PA 19103-7242 |
| 519270689 | + | Quality Asset Recovery, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519322575 | + | Regency Accounts, LLC, Holly S. Miller, Esq., Gellert Scali Busenkell & Brown, LLC, 1628 John F. Kennedy Blvd., Suite 1900, Philadelphia, PA 19103-2113 |
| 519270690 | + | Santander, P.O. Box 961212, Fort Worth, TX 76161-0212 |
| 519270693 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519491606 | + | State of New Jersey, Division of Taxation, PO BOX 245, Trenton, NJ 08695-0245 |
| 519492555 | + | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 519491607 | + | Underwood & Micklin, 1236 Brace Road, Cherry Hill, NJ 08034-3229 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2023 20:39:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 519270674 | + | Email/Text: EBNProcessing@afni.com | Jan 10 2023 20:39:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 519270675 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 10 2023 20:39:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519276916 | + | EDI: AISACG.COM | Jan 11 2023 01:39:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519270676 | | EDI: BMW.COM | | |

Case 21-16020-ABA    Doc 92    Filed 01/12/23    Entered 01/13/23 00:12:54    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519280981 | + | EDI: BMW.COM | Jan 11 2023 01:39:00 | BMW Financial Services, P.O. Box 3608, Dublin, OH 43016 |
| 519291951 | + | EDI: LCIFULLSRV | Jan 11 2023 01:39:00 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 519303440 | + | EDI: AIS.COM | Jan 11 2023 01:39:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519270680 | + | EDI: COMCASTCBLCENT | Jan 11 2023 01:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519270681 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2023 01:39:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 519270682 | ^ | MEBN | Jan 10 2023 20:46:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519492554 | | EDI: IRS.COM | Jan 10 2023 20:39:05 | Financial Recoveries, 200 E Park Dr., Ste. 100, Mount Laurel, NJ 08054-1297 |
| 519270679 | | EDI: JPMORGANCHASE | Jan 11 2023 01:39:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 519270685 | | EDI: JPMORGANCHASE | Jan 11 2023 01:39:00 | Chase Auto Finance, 700 Kansas Lane, Mail Code LA4 6945, Monroe, LA 71203 |
| 519321923 | | EDI: JPMORGANCHASE | Jan 11 2023 01:39:00 | JPMCB Auto Finance, 700 Kansas, Mail Code LA4 6945, Monroe, LA 71203 |
| 519276628 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 01:39:00 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519282389 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2023 20:46:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519280452 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2023 20:45:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519270691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2023 20:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519270692 | + | Email/Text: jboehler@shorememorial.org | Jan 10 2023 20:39:00 | Select Portfolio Servicing, 10401 Deerwood Park BV, Jacksonville, FL 32256-5007 |
| 519270694 | + | Email/Text: bankruptcy@sw-credit.com | Jan 10 2023 20:39:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519283646 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2023 20:39:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| | | | Jan 10 2023 20:39:00 | U.S. Bank, N.A., successor trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lauletta Birnbaum, LLC, 591 Mantua Boulevard, Suite 200, Sewell |
| cr | *+ | National Financial Solutions, LLC, c/o McCarter & English, LLP, Attn: Inez M. Markovich, Esq., 1600 Market St., Suite 3900, Philadelphia, PA 19103-7242 |
| 519491605 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, P 19101-7346 |
| 519658707 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519270684 | *+ | James T Jones, 48 Whyte Drive, Voorhees, NJ 08043-4152 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 45 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

**Name**  **Email Address**

Andrew B. Finberg
on behalf of Debtor Lori Kim Andrews Jones andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE7, Asset-Backed Certificates Series 2007-HE7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gregory Lomax
on behalf of Creditor Lauletta Birnbaum  LLC glomax@lauletta.com, vmarr@lauletta.com

Harold N. Kaplan
on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, kimwilson@raslg.com

Holly Smith Miller
on behalf of Plaintiff Regency Accounts  LLC hsmiller@gsbblaw.com

Holly Smith Miller
on behalf of Creditor Regency Accounts  LLC hsmiller@gsbblaw.com

Inez M. Markovich
on behalf of Creditor National Financial Solutions  LLC imarkovich@mccarter.com, rstratz@andersonkill.com

Isabel C. Balboa
ibalboa@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Sindi Mncina
on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 13